1054

No. —. ZICARELLI ET AL. *v.* NEW JERSEY. Sup. Ct. N. J. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Michael A. Querques* and *Daniel E. Isles* for applicants. *Kenneth P. Zauber* and *Wilbur H. Mathesius* for New Jersey Commission of Investigation in opposition.

JANUARY 28, 1970

No. 842. PROMENADE HOSIERY MILLS, INC. *v.* KIKI UNDIES CORP. C. A. 2d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Maximilian Bader* and *I. Walton Bader* for petitioner.

FEBRUARY 2, 1970

No. 477. ATLANTIC COAST LINE RAILROAD CO. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 901.] An additional thirty minutes allotted to each side in this case. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.

No. 1136. NORTHCROSS ET AL. *v.* BOARD OF EDUCATION OF MEMPHIS, TENNESSEE, CITY SCHOOLS. C. A. 6th Cir. Motion to advance granted. Brief or briefs opposing petition for writ of certiorari shall be filed on or before February 16, 1970. *Jack Greenberg* and *James M. Nabrit III* on the motion.